UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LISA PEDRO,                       )
        Plaintiff,                )
                                  )        CIVIL ACTION
v.                                )        14-10111-DPW
                                  )
THE LAW OFFICE OF DANIEL          )
M. SLANE, et al.,                 )
        Defendants.               )
```

**SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled on **5/28/14** with respect to all parties, and the parties request for a 30 day settlement order of dismissal on this date;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **8/11/14**.

BY THE COURT,

/s/ Jarrett Lovett
Courtroom Deputy Clerk

DATE: 7/10/14